Louis M. Barbone, Esquire (N. J. Attorney ID# 014891986)
JACOBS & BARBONE P.A.
A Professional Corporation
1125 Pacific Ave.
Atlantic City, New Jersey 08401
(609) 348-1125
*Attorneys for Z & D Realty, LLC*

UNITED STATES DISCRICT COURT FOR THE DISTRICT OF NEW JERSEY

CAMDEN DIVISION

| | |
|---|---|
| HARTORD MUTUAL INSURANCE COMPANY, | Case No.: 1:19-cv-01583 |
| Plaintiff, | **AFFIDAVIT OF MERIT** |
| vs. | |
| Z&D REALTY, LLC, AND DENNIS COSBY, AND EUGENE COSBY, AND TERRY R. MAYES, AND ZIGGY DOBKOWSKI, AND DIANE DOBKOWSKI, AND RAHEEM MCCLENDON | |
| Defendants | |
| And | |
| Z&D REALTY, LLC and ZIGGY DOBKOWSKI and DIANE DOBKOWSKI | |
| Defendants/Third Party Plaintiffs | |
| vs. | |
| BIONDI INSURANCE AGENCY, INC., and ANATOLY SAKHAN | |
| Third Party Defendants | |

AFFIDAVIT OF MERIT - 1

STATE OF NEW JERSEY:
:ss
COUNTY OF OCEAN:

James R. Klagholz, CPCU, of full age, being duly sworn according to law, upon my oath dispose and say:

1. My name is James R. Klagholz. I am an independent insurance agent, duly licensed by the State of New Jersey as an insurance producer, pursuant to N. J S. A. 17:22A-1 et seq., and I am qualified to transact business in all lines of property and casualty, life and accident and health insurance, and have been so qualified for at least five years. I am also licensed as a non-resident producer in the Commonwealth of Pennsylvania. For at least five years, I have practiced full time as an insurance producer.

2. I currently hold the position of President of Clayton N. Sterling Associates, Inc. an independent insurance agency and consulting firm located at 1712 Boulevard, Seaside Park, NJ 08752. My responsibilities include overall management and operation of an independent insurance firm, including supervision of underwriting activities, policyholder services, claim settlement practices, and other insurance activities related to the procurement of all forms of insurance. In addition to my experience in general insurance agency practice, I provide consulting and risk management services to commercial entities. In doing so, I evaluate issues involving insurance policy terms and conditions from an underwriting and claims handling prospective, and in the handling of renewal placement coverage.

3. My resume is attached as Exhibit A and made a part of this Affidavit of Merit.

4. I have reviewed certain documents in this matter, including Plaintiff's Complaint, Hartford Mutual Insurance Company policy # 9157994 for the period January 3,

AFFIDAVIT OF MERIT - 2

2017- 2018, showing the occupancy of the subject property as an apartment building with four (4) apartments and office/mercantile buildings or premises leased to other with an exposure basis of 4,067 square feet of space excluding the four (4) apartments, November 1, 2017, notice of non-renewal effective January 1, 2018 for reason that, "The insured no longer meets underwriting guidelines due to unfavorable loss experience", Third Amended Complaint in the underlying matter of Dennis Cosby, Eugene Cosby and Terry R. Mayes v. Grant Plaza, et al., and Third Party Complaint in the matter of Z&D Realty, LLC v. Biondi Insurance Agency, Inc., and Anatoly Sakhan.

5. Based upon my review and understanding of the underlying transactions in arranging and renewing certain insurance coverage on behalf of Z&D Realty, it is my opinion that there exists a reasonable probability that the skill, care, knowledge and diligence exercised by Third Party Defendants, Biondi Insurance Agency and Anatoly Sakhan fell outside acceptable standards of care of insurance producers when acting under facts and circumstances similar to those present here.

6. I have no financial interest in the outcome of the matter under review.

AFFIDAVIT OF MERIT - 3

1 | Dated this 22nd of May 2019.

*[signature]*
James R. Klagholz, CPCU
Clayton N. Sterling Associates, Inc.
1712 Boulevard
Seaside Park, NJ 08752

Sworn and subscribed
before me this ____ day of
May, 2019

*[signature]*

**KIMBERLY A. HAYES**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 4/30/2023

AFFIDAVIT OF MERIT - 4