[Case No. 19-1627, Docket Nos. 58, 71]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| HARFORD MUTUAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>Z&D REALTY, LLC, *et al.*,<br><br>                Defendants. | Civil No. 19-1583 (RMB/SAK) |
| FIRSTLINE NATIONAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>LANDIS PIG ROAST, LLC, *et al.*,<br><br>                Defendants. | Civil No. 19-1627 (RMB/SAK)<br><br>**MEMORANDUM ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

      **THESE MATTERS** come before the Court upon the following pending motions: (i) a Motion for Summary Judgment filed on March 31, 2022 by Third-Party Defendants The Martin Insurance Agency and Donald Reighn (collectively, the "**Martin Defendants**") in Case No. 19-1627 (the "**Firstline Case**") [Docket No. 58 (the "**First Martin MSJ**")]; and (ii) a Motion for Summary Judgment filed on

September 29, 2022 by the Martin Defendants in the Firstline Case [Docket No. 70 (the "**Second Martin MSJ**"].

Defendants / Third-Party Plaintiffs Diane and Ziggy Dobkowski (the "**Dobkowskis**"), Z&D Realty, LLC ("**Z&D**") and Landis Pig Roast, LLC ("**Landis Pig Roast**") (collectively, the "**Z&D Defendants**") filed a Brief in Opposition to the First Martin MSJ on April 28, 2022, [Docket No. 62], and the Martin Defendants filed a Reply Brief on May 10, 2022, [Docket No. 65]. As of the date hereof, the Second Martin MSJ remains unopposed; however, the Z&D Defendants requested an extension of two weeks to submit an opposition. [Docket No. 71.] Therefore, for good cause,

**IT IS** this **25th** day of **October 2022**, hereby

**ORDERED** that the request of the Z&D Defendants [Docket No. 71] shall be **GRANTED** and the Z&D Defendants shall have until **Monday, November 7, 2022** to file an opposition to the Second Martin MSJ, if they would like, with the Court's caution that the Z&D Defendants should first consult the Court's separately-filed Opinion of today's date; and it is further

**ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** the First Martin MSJ [Docket No. 58] pending resolution of the Second Martin MSJ, which will likely moot the arguments contained in the First Martin MSJ; and it is finally

**ORDERED** that, because the Firstline Case and Case No. 19-1583 contain common questions of law and fact, the Clerk of Court shall **CONSOLIDATE** the two actions pursuant to Fed. R. Civ. P. 42(a)(2), and the parties shall proceed in the Firstline Case only.[1] The parties in the above-captioned matters shall take any steps necessary to proceed effectively in the consolidated action.

                                              s/Renée Marie Bumb
                                              Renée Marie Bumb
                                              United States District Judge

---

[1] This Memorandum Order shall not affect the pending Motion for Summary Judgment in Case No. 19-1583 jointly filed by Plaintiffs Harford Mutual Insurance Company and Firstline National Insurance Company [Docket No. 52], which the Court will resolve in due course.